1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona

3  ROSS ARELLANO EDWARDS
   Assistant U.S. Attorney
4  Arizona State Bar No. 033439
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: Ross.arellano.edwards@usdoj.gov
7  Attorneys for Plaintiff

8

| ✓ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

MAY 2 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY____ 141_____ Z__ DEPUTY

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF ARIZONA

11

| | |
|---|---|
| United States of America, | No.  **CR-25-00817-PHX-GMS (MTM)** |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO:  18 U.S.C. § 1028(A) |
| | (Aggravated Taking of Identity) |
| Nicholas Anthony Lawrence, | Count 1 |
| Defendant. | 18 U.S.C. § 1546(a) |
| | (Fraud and Misuse of Visas, Permits, and Other Documents) |
| | Count 2 |
| | 18 U.S.C. § 2250(a) |
| | (Failure to Register as a Sex Offender) |
| | Count 3 |
| | 8 U.S.C. § 1326(a) and (b)(1) |
| | (Reentry of Removed Alien) |
| | Count 4 |

24  **THE GRAND JURY CHARGES:**

25                    <u>COUNT 1</u>

26      On about or between December 12, 2024 and December 27, 2024, in the District of

27  Arizona, the defendant, NICHOLAS ANTHONY LAWRENCE, did knowingly possess

28  and use, without lawful authority, a means of identification of another person during and

1    in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: 18 U.S.C. §

2    1546, Fraud or Misuse of Visas, Permit, and Other Document, as alleged in Count 2,

3    knowing that the means of identification belonged to another actual person.

4          All in violation of Title 18, United States Code, Section 1028A(a)(1).

5    **COUNT 2**

6          On about or between December 12, 2024 and December 27, 2024 in the District of

7    Arizona, the defendant, NICHOLAS ANTHONY LAWRENCE, did knowingly use and

8    attempt to use a document prescribed by statute or regulation for entry into or as evidence

9    of authorized stay or employment in the United States, to wit: a Driver's License and Social

10    Security Card in the name B.H., knowing these documents were forged, counterfeited,

11    altered, falsely made and otherwise unlawfully obtained.

12          All in violation of Title 18, United States Code, Section 1546(a).

13    **COUNT 3**

14          Beginning on or after November 4, 2022 and continuing through March 31, 2025,

15    in the District of Arizona, NICHOLAS ANTHONY LAWRENCE, a person required to

16    register under the Sex Offender Registration and Notification Act (SORNA), by reason of

17    a conviction under Arizona state law, to wit: Attempt to Commit Molestation of a Child,

18    in violation of A.R.S. §§ 13-1410, 13-1001, 13-1401, 13-1410, 13-3821, 13-610, 13-701,

19    13-702, 13-705, and 13-801 in Maricopa Superior Court Case CR2016-005292-001,

20    traveled in interstate and foreign commerce, and knowingly failed to register and update a

21    registration under SORNA.

22          All in violation of Title 18, United States Code, Section 2250(a).

23    **COUNT 4**

24          On or about March 31, 2025, at or near Mesa, in the District of Arizona, the

25    defendant NICHOLAS ANTHONY LAWRENCE, an alien, was found in the United States

26    after having been previously denied admission, excluded, deported, and removed from the

27    United States at or near Alexandria, Louisiana, on November 3, 2022, and not having obtained

28    the express consent of the Attorney General or the Secretary of Homeland Security to

1 | reapply for admission to the United States.

2 |         All in violation of Title 8, United States Code, Section 1326(a) and enhanced by

3 | (b)(1).

4

5                                                           A TRUE BILL

6

7                                                           /s/
                                                 FOREPERSON OF THE GRAND JURY
8                                                Date: May 28, 2025

9 | TIMOTHY COURCHAINE
   United States Attorney
10 | District of Arizona

11

12 |              /s/
   ROSS ARELLANO EDWARDS
13 | Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28